

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00373-CV

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Appellant | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-280567-15) |
| V. | § | December 17, 2020 |
| COMPASS WELL SERVICES, LLC, Appellee | § | Memorandum Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We reverse the trial court's actual damages and remand that award to the trial court to apply the settlement credit and, if necessary, to recalculate the penalties and interest on this amount of actual damages. We also reverse and remand the award for statutory additional damages to recalculate the amount in light of the reduced actual-damages award and the statutory cap. We affirm the remainder of the judgment.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
    Justice Lee Gabriel